**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01406-CR

**JULIA BREAD CORNELIUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82257-2011**

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of April 25, 2013 requiring the trial court to make findings of fact regarding why appellant's brief was not filed.

We **GRANT** appellant's June 6, 2013 motion for leave to file a late appellant's brief. Appellant's brief tendered to the Clerk of the Court on June 6, 2013 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE